NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ROLAND BLAKE HATTON,                    )
                                        )
     Appellant,                      )
                                        )
v.                                      )          Case No.  2D17-3475
                                        )
STATE OF FLORIDA,                       )
                                        )
     Appellee.                       )
_____)

Opinion filed April 13, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Chris Helinger, Judge.

Crystal M. Frusciante of Frusciante Law Firm
P.A., Sunrise, for Appellant.

Attorney General, Tallahassee, for
Appellee.


PER CURIAM.

     Affirmed.


SILBERMAN, CRENSHAW, and ROTHSTEIN-YOUAKIM, JJ., Concur.